THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
NORMAN ROYE, Appellant.

Submitted June 6, 1955; decided June 9, 1955.

*Harris B. Steinberg* for motions.

No one opposed.

Motion for assignment of counsel granted and Messrs. Harris B. Steinberg, Irving Mendelson and Sylvester Cosentino, all of New York City, assigned as counsel to defendant on the appeal herein. Motion for enlargement of time granted and case set down for argument during the October, 1955, session of the Court of Appeals.